1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  PATRICK WILLIAM SNYDER, CSBN 260690
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
          San Francisco, California 94105
6         Telephone: (415) 977-8934
7         Facsimile: (415) 744-0134
          E-Mail: Patrick.Snyder@ssa.gov
8
   Attorneys for Defendant
9
                        UNITED STATES DISTRICT COURT
10
                       EASTERN DISTRICT OF CALIFORNIA
11
                           **SACRAMENTO DIVISION**
12

13
                                          )
14 SHANDA L. DAVIS,                       )  CIVIL NO. 2:13-cv-00454-GSA
                                          )
15 Plaintiff,                             )  **STIPULATION FOR EXTENSION OF**
                                          )  **TIME AND ORDER**
16 v.                                     )
                                          )
17 CAROLYN COLVIN,                        )
   Acting Commissioner of                 )
18 Social Security.                       )
                                          )
19                                        )
                                          )

20

21     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

22 attached Order, that Defendant shall have an extension of time of 45 days to respond to Plaintiff's

23 Request for Voluntary Remand, up to and including December 16, 2013.  The response is currently due

24 October 30, 2013. This extension is being sought so Defendant can further communicate with her client

25
   issues raised in Plaintiff's Request for Voluntary Remand for the purpose of settlement.  This case was
26
   stayed during the government shut down as the undersigned was deemed a non-essential employee.
27

28

1  This is otherwise the Commissioner's first extension request and is requested in good faith.

2      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: 10/30/2014                    /s/ Steven Gilbert Rosales
                                     _____
                                     STEVEN GILBERT ROSALES
                                     (as authorized via email)
                                     Attorney at Law
                                     Attorney for Plaintiff

Dated: 10/30/2014                    BENJAMIN B. WAGNER
                                     United States Attorney
                                     DONNA CALVERT
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                            By:
                                     /s/ Patrick William Snyder
                                     _____
                                     PATRICK WILLIAM SNYDER
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant

///
///
///
///
///
///
///
///
///

**ORDER**

The scheduling order is modified pursuant to the parties' stipulation outlined above. The government shall respond to Plaintiff's confidential letter brief no later than December 16, 2013. All other deadlines in the Court's scheduling order issued on March 29, 2013 (Doc. 9) shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**October 31, 2013**__                    __**/s/ Gary S. Austin**__
                                                                    UNITED STATES MAGISTRATE JUDGE