BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8927
    Facsimile:  (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANDA DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-00454-GSA<br><br>**ORDER AND STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate whether the claimant can perform the physical and mental demands of her past relevant work as she actually performed this work or as generally performed in the national economy. If testimony of a VE is required, the ALJ must ensure either that the VE's testimony is consistent with the DOT, or that there is an explanation for any inconsistency.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Date: <u>December 10, 2013</u>

By: <u>/s/ Steven Rosales</u>

*Authorized by email on 12/10/13*
Attorneys for Plaintiff

Date: <u>December 5, 2013</u>

BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX

By: <u>/s/ Patrick William Snyder</u>
PATRICK WILLIAM SNYDER
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

The Court adopts the parties' stipulation. Accordingly, the matter is remanded pursuant to Sentence Four for further proceedings as outlined above.

IT IS SO ORDERED.

Dated:   **December 23, 2013**          /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE