1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRENSO CALIFORNIA**

SHANDA L. DAVIS,

          Plaintiff,

    vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:13-cv-00454-GSA

ORDER AWARDING EQUAL
ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)

      Pursuant to the Stipulation between the parties filed on March 18, 2014

(Doc. 24), it is hereby ordered that attorney fees in the amount of $1,250.00, shall

be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

      Any EAJA fees shall be paid pursuant to the stipulation of the parties and to

*Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

IT IS SO ORDERED.

  Dated:   **March 21, 2014**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

-1-